No. 7053.

SUCCESSION OF E. B. HARDESTY.    ON OPPOSITION OF SOME OF THE HEIRS.

The non-resident heirs who were represented in the succession proceedings by an attorney at law, who was their brother and co-heir, cannot after his death repudiate his action in their behalf, on the pretence that he was not employed by them as an attorney, when it is shown there was correspondence by letters between them and him relative to the estate.

APPEAL from the Parish Court of East Feliciana.    LYONS, J. *ad hoc.*

*Brame* and *W. C Flower* for Opponents Appellants.    *Wedge & Moore* and *Kernan*, for Succession.

SPENCER, J., delivered the opinion affirming the judgment.